# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ALMY,

    Plaintiff,

v.

MINOR ADAMS et al.,

    Defendants.

3:16-cv-00231-MMD-WGC

**ORDER**

## I. DISCUSSION

On December 7, 2016, this Court issued a screening order directing Plaintiff to either file an updated application to proceed *in forma pauperis* or to pay the remaining $50 administrative fee to complete payment for the full filing fee for a civil action. (ECF No. 17 at 7). The Court also dismissed the amended complaint in its entirety with leave to amend. (*Id.*)

On December 12, 2016, Plaintiff filed a notice of appeal. (ECF No. 19, 20). Plaintiff also filed a motion to stay his case pending the appeal and two motions related to his appeal (ECF No. 25, 26, 27). On May 16, 2017, the U.S. Court of Appeals for the Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 34).

The Court now denies the motions related to Plaintiff's appeal (ECF No. 25, 26, 27) as moot. The Court directs Plaintiff to comply with this Court's screening order. As such, within thirty (30) days from the date of this order, Plaintiff must either: (1) file an updated application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the remaining $50 administrative fee to complete payment for the full filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee). Additionally, if Plaintiff chooses to file a second amended complaint, Plaintiff must file the second amended complaint within thirty (30) days from the

date of of this order.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the miscellaneous motions (ECF No. 25, 26, 27) are denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a courtesy copy of the Court's screening order (ECF No. 17) and all subsequent attachments discussed in that screening order.

IT IS FURTHER ORDERED that, within thirty (30) days from the date of this order, Plaintiff must either: (1) file an updated application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the remaining $50 administrative fee to complete payment for the full filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file an updated application to proceed *in forma pauperis* or pay the remaining $50 administrative fee, the Court will dismiss this case without prejudice.

IT IS FURTHER ORDERED that, if Plaintiff chooses to file a second amended complaint curing the deficiencies of his complaint, as outlined in the screening order, Plaintiff must file the second amended complaint within thirty (30) days from the date of entry of this order.[1]

///
///
///
///
///
///

---

[1] As discussed in the screening order, Plaintiff may have to open several new cases in order to comply with the screening order. If Plaintiff has to open several new cases, he shall file an application to proceed *in forma pauperis* and a complaint for each new case he chooses to open.

IT IS FURTHER ORDERED that, if Plaintiff fails to file a second amended complaint curing the deficiencies outlined in the screening order, the Court will dismiss this case without prejudice.

DATED: This __23rd__ day of May, 2017.

_____
United States Magistrate Judge