# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY, | ) |
| Plaintiff, | ) |
| v. | ) 3:16-cv-00231-MMD-WGC |
| MINOR ADAMS, *et al.*, | ) ORDER |
| Defendants. | ) |

## I.   DISCUSSION

The Court grants Plaintiff's motion to extend time to file his third amended complaint. (ECF No. 47). Plaintiff shall file his third amended complaint on or before Friday, September 15, 2017.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 47) is granted. Plaintiff shall file his third amended complaint on or before Friday, September 15, 2017.

IT IS FURTHER ORDERED that, if Plaintiff chooses not to file a third amended complaint curing the stated deficiencies of the second amended complaint, this action will proceed immediately on Counts I and II only.

DATED: July 18, 2017.

_____
United States Magistrate Judge