# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KEVIN ALMY,                  )       3:16-cv-00231-MMD-WGC
                         )
            Plaintiff,    )       **MINUTES OF THE COURT**
   vs.                    )
                         )       August 20, 2019
MINOR ADAMS, *et al.*,      )
                         )
            Defendants.   )
_____  )

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's motion for enlargement of time to oppose Defendants' motion for summary judgment (ECF No. 115).

      Although Plaintiff's motion only seeks an extension of time to August 31, 2019, in view of the extenuation circumstances set forth in his motion, the court extends his response time to **September 13, 2019**.

      **IT IS SO ORDERED.**

                      DEBRA K. KEMPI, CLERK

                      By: _____/s/_____
                             Deputy Clerk